# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KENNETH H. BRYANT, III & CANDICE L. BRYANT             Case Number: 04-72053
        912 TAYLOR STREET                  SSN-xxx-xx-6516 & xxx-xx-0612
        PECATONICA, IL  61063

                                                Case filed on:    4/15/2004
                                                Plan Confirmed on:  7/9/2004
                       P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,405.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 |
|  | Total Legal | 1,400.00 | 1,400.00 | 1,400.00 | 0.00 |
| 998 | KENNETH H. BRYANT, III | 0.00 | 0.00 | 101.40 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 101.40 | 0.00 |
| 001 | WELLS FARGO BANK NA | 8,413.50 | 8,413.50 | 8,413.50 | 0.00 |
| 001 | WELLS FARGO BANK NA | 550.00 | 550.00 | 550.00 | 0.00 |
|  | Total Secured | 8,963.50 | 8,963.50 | 8,963.50 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DOCTORS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DYAMCOL INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | KEITH MORSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LAW OFFICE OF JANET D. FUENTY | 2,064.00 | 0.00 | 0.00 | 0.00 |
| 008 | GLA COLLECTION CO INC | 98.40 | 0.00 | 0.00 | 0.00 |
| 009 | NEWPORT NEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 405.04 | 0.00 | 0.00 | 0.00 |
| 011 | NORTHWESTERN MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 325.02 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RPM INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SALLY ANN ROBETS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | THEODORE S. INGRASSIA, III, MD | 92.20 | 0.00 | 0.00 | 0.00 |
| 018 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | AFNI/VERIZON | 186.72 | 0.00 | 0.00 | 0.00 |
| 020 | WELLS FARGO CARD SERVICES | 1,910.72 | 0.00 | 0.00 | 0.00 |
| 021 | WHITES AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CARD PROCESSING CENTER | 1,337.38 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,419.48 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 16,946.98 | 10,527.50 | 10,628.90 | 0.00 |

Total Paid Claimant:      $10,628.90
Trustee Allowance:        $776.10          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00             discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan